UNITED STATES BANKRUPTCY COURT
Western District of Illinois

IN RE:  CHAPTER 13
DAVID S. NORCROSS
LINDA J. NORCROSS  CASE NO. 13-80051

# NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:** U.S. Bank NA                **Court claim #:11**

**Last four digits** of any number used to identify the debtor's account: 0412

| *Final Cure Amount* | |
|---|---|
| Amount of Prepetition Arrears | $2100.49 |
| Amount Paid by Trustee | $2100.49 |

| *Monthly ongoing Mortgage Payment* | |
|---|---|
| Mortgage is paid: | |
| ☐  Thru the Chapter 13 Plan | ☒  Direct by Debtor(s) |

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:  2/8/2016                /s/Lydia S. Meyer
                                Lydia S. Meyer, Trustee
                                308 W. State St., Suite 212
                                Rockford, IL  61101

Certificate of Service

    I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 8th Day of February, 2016.

Dated:  2/8/2016                /s/Cynthia K. Burnard

U.S. BANK NATIONAL ASSOCIATION
3121 MICHELSON DRIVE, SUITE 500
IRVINE, CA 92612

US BANK HOME MORTGAGE
BANKRUPTCY DEPARTMENT
4801 FREDERICA
OWENSBORO, KY  42301

CODILIS & ASSOCIATES P C
BANKRUPTCY DEPARTMENT
15W030 N FRONTAGE RD SUITE 100
BURR RIDGE, IL 60527

DAVID S. NORCROSS
LINDA J. NORCROSS
4361 BLACKBERRY KNOLL DRIVE
LOVES PARK, IL  61111

ATTORNEY DAVID CARTER
308 W. STATE STREET, SUITE 215
ROCKFORD, IL  61101